**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
**JEFFREY SOUZA NUNES,**

                Plaintiff,

-against-                        20 **CIVIL** 1092 (ALC) (SDA)

                                            **JUDGMENT**

**UNITED BROTHERHOOD OF CARPENTERS**
**AND JOINERS OF AMERICA, ET AL.,**

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 29, 2021, I have reviewed *de novo* the contested portions of the R&R and the remainder for clear error. For the reasons provided above, I adopt Magistrate Judge Aaron's thorough and well-reasoned R&R in full, granting Defendants' motions to dismiss. ECF Nos. 40, 42, 45, 47. As Plaintiff included the Second Amended Complaint for the Court's review, and the pleading remains deficient, Plaintiff's leave to amend is denied.

**Dated:**  New York, New York

      March 29, 2021

                                                   **RUBY J. KRAJICK**
                                                    _____
                                                    **Clerk of Court**
                                **BY:**
                                                     **Deputy Clerk**